**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02734-REB-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2006 HUMMER H3, VIN 5GTDN136068322181,

        Defendant.

_____

**DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

**Blackburn, J.**

        THIS MATTER comes before the court on the United States' **Motion for Default and Final Order of Forfeiture** [#20][1] filed May 29, 2013. I grant the motion. Having reviewed the motion and the record in this case, the court FINDS:

        THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

        THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

        THAT after proper notice, neither the known potential claimant, nor any other third party, has filed a Claim or Answer as to defendant 2006 HUMMER H3, VIN

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5GTDN136068322181 as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT the clerk's Entry of Default [#19] was entered on May 29, 2013.

THAT based upon the facts and verification set forth in the **Verified Complaint For Forfeiture *In Rem*** [#1], it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant 2006 HUMMER H3, VIN 5GTDN136068322181; that a Certificate of Reasonable Cause should be granted under 28 U.S.C. § 2465; and that It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications set forth in the verified complaint [#1] provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to defendant 2006 HUMMER H3, VIN 5GTDN136068322181;

THAT the clerk of court shall be directed to enter judgment as to defendant 2006 HUMMER H3, VIN 5GTDN136068322181;

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT the United States' **Motion for Default and Final Order of Forfeiture** [#20] filed May 29, 2013, is granted;

THAT default and forfeiture of defendant 2006 HUMMER H3, VIN 5GTDN136068322181, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

3

THAT the United States shall have full and legal title as to defendant 2006 HUMMER H3, VIN 5GTDN136068322181 and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant 2006 HUMMER H3, VIN 5GTDN136068322181 under 28 U.S.C. § 2465; and

THAT **JUDGMENT SHALL ENTER** in favor of the plaintiff, the United States of America, against the defendant, 2006 HUMMER H3, VIN 5GTDN136068322181, concerning the forfeiture of the defendant property to the United States under 21 U.S.C. § 881(a)(4).

SO ORDERED this 4th day of June, 2013.

BY THE COURT:

**s/ Robert E. Blackburn**

ROBERT E. BLACKBURN
United States District Court Judge